Michael Machat, Esq.
MACHAT & ASSOCIATES, P.C.
8730 W. Sunset Blvd., Ste. 250
W. Hollywood, California 90069
Telephone: (310) 860-1833
Email: michael@machatlaw.com

Attorneys for Plaintiff
World Axe Throwing League, Inc. and
Lincoln Chicago Holdings, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WORLD AXE THROWING LEAGUE, INC, and LINCOLN CHICAGO HOLDINGS, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> COLD STEEL, INC., LYNN THOMPSON, and GSM LLC d/b/a GSM OUTDOORS, <br><br> Defendants, <br>_____ <br> and related Counterclaims. | CASE NO. 2:20-cv-11407 JAK (Ex) <br><br> **REPORT RE SELECTION OF MEDIATORS** <br><br> **Judge: Hon. John A. Kronstadt** |

Counsel for the parties have met and conferred regarding the selection of a mediator and have selected Gig Kyriacou to be their mediator, with a mediation date set for January 6, 2022. The parties are on his wait list for a sooner date. Mr. Kyriacou's contact information is below.

**Gig Kyriacou**
Kyriacou Mediation
246 N. Pass Ave,
Burbank, CA 91505
T: (818) 861-7100
F: (818) 861-7102
gigk@mediate.com
www.gigkmediate.com

Defendants' counsel had a death in the family that has made him unavailable for the past seven days. He is presently traveling and is unable to sign this report. This report is being submitted by Plaintiff based upon an email confirmation from Defendants' counsel authorizing Plaintiff's counsel to book Mr. Kyriacou for mediation on January 6, 2022.

Respectfully submitted,

MACHAT & ASSOCIATES, P.C.

Dated: July 19, 2021          By: /s/Michael Machat

Michael Machat (CA SBN 109475)
Machat & Associates, PC
8730 W. Sunset Blvd., Ste. 250
West Hollywood, CA 90069
Tel: (310) 860-1833
Email: Michael@machatlaw.com

Attorneys for Plaintiffs
World Axe Throwing League, Inc. and
Lincoln Chicago Holdings, Inc.