1  **LightGabler**

2  By: Glenn J. Dickinson (SBN 159753)
       Brier Miron Setlur (SBN 273335)

3  760 Paseo Camarillo, Suite 300

4  Camarillo, CA 93010
   (805) 248-7208

5  (805) 248-7209 (fax)

6  gdickinson@lightgablerlaw.com
   bsetlur@lightgablerlaw.com

7

8  Attorneys for Defendants/
   Counterclaimants Cold Steel, Inc., and

9  Good Sportsman Marketing LLC (sued

10 as GSM LLC) and Defendant Lynn
   Thompson

11

12           **UNITED STATES DISTRICT COURT**

13           **CENTRAL DISTRICT OF CALIFORNIA**

14  WORLD AXE THROWING          Case No. 2−20−cv−11407 JAK (Ex)

15  LEAGUE, INC, and LINCOLN
    CHICAGO HOLDINGS, INC.,      Complaint Filed:    December 17, 2020

16                               District Judge:     John A. Kronstadt
                    Plaintiffs,  Magistrate Judge: Charles F. Eick

17        vs.

18  COLD STEEL, INC., LYNN       **DEFENDANTS' EVIDENTIARY**
    THOMPSON and GSM LLC d/b/a   **OBJECTIONS TO PLAINTIFFS'**

19  GSM OUTDOORS,                **OPPOSITION TO MOTION FOR**
                                 **SUMMARY JUDGMENT**

20                   Defendants.

21                               **Date:      August 1, 2022**

22  AND RELATED CROSS-ACTION.    **Time:      8:30 a.m.**
                                 **Ctrm:      10B**

23

24        Defendants/Counterclaimants Cold Steel, Inc., and Good Sportsman

25  Marketing LLC (sued as GSM LLC) and Defendant Lynn Thompson

26  ("Defendants") hereby submit the following Evidentiary Objections to the

27  evidence submitted by Plaintiffs World Axe Throwing League, Inc. and

28

1  Lincoln Chicago Holdings, Inc. in Opposition to the Defendants' Motion for
2  Summary Judgment.

3      The specific language being objected to is indicated by underlining.

4  **DEFENDANTS' EVIDENTIARY OBJECTIONS**

| Declaration of Michael Machat | Objection | Ruling |
|---|---|---|
| 6. I have attached as Exhibit 15, an email from Cameron Caldwell to Ric Valdez, dated April 13, 2020, <u>containing an admission of trademark infringement</u>. | Foundation, FRE 602, 901; Unqualified expert opinion, FRE 702 | ☐ Sustained<br><br>☐ Overruled |
| ¶ 10, Exhibit 18 (Excerpts from deposition of Benn MacDonald), at transcript pages 32:18-24:<br>Q Have you heard from any source that a person who purchased a Cold Steel axe thought there was some type of formal relationship between WATL and Cold Steel?<br>A Yes.<br>Q What did you hear in that regard?<br>A <u>From our league members, they believed that the Cold Steel Competition Throwers were WATL axes</u>. | Hearsay, FRE 802 | ☐ Sustained<br><br>☐ Overruled |

| ¶ 10, Exhibit 18, at transcript pages 32:25 to 34:8:<br>Q Can you describe the conversations you're<br>[Page 33]<br>talking about?<br>A We're going back to 2019; so I can't remember the specific words used. But <u>they believed that the Cold Steel Competition Throwers were manufactured with WATL's assistance</u>. …<br>[Page 34]<br>Q … what did Luke say to you regarding Cold Steel axes in this regard?<br>A He said <u>he was excited that WATL was making axes for league members to throw</u>. | Hearsay as to alleged statements of WATL League member Luke Rettie (Fed. R. Evid. ("FRE") 802) | ☐ Sustained<br><br>☐ Overruled |
| ¶ 15, Exhibit 23 | Foundation, FRE 602, 901 | ☐ Sustained<br><br>☐ Overruled |

3

| | | |
|---|---|---|
| ¶ 10, Exhibit 18 (Excerpts from deposition of Benn MacDonald), at transcript page 35:17 to 36:18: Q Let's shift over to Craig Dwyer. What did he say to you with regard to Cold Steel back in 2019? A He would have seen Luke throwing his new axe. He would have asked if that was the new WATL axe. … Q And is it your understanding that Craig thought the Competition Thrower was a WATL brand axe? A Yes. Q And, if you know, how did he come to associate the Cold Steel axe with WATL? A That, I'm not sure. Q Do you know if he saw any advertising for the axe? A I'm not sure. I'm sorry. | Hearsay, FRE 802; Foundation, FRE 602, 901; Speculation, FRE 602 | ☐ Sustained ☐ Overruled |

| Declaration of Mario Zelaya | Objection | Ruling |
|---|---|---|
| ¶ 6. Cold Steel as a consumer product category does not fit the tech exception. Cold Steel's sales vastly exceed plaintiff sales by a large degree. Based on my experience, for a company that has been around since 1980, selling more axes than we do, as a side business to an overall business vastly exceeding the size of my business, <u>Cold Steel would have been acquired for a minimum multiple of 5-8 times EBITDA</u>. | Foundation, FRE 602, 901; Speculation, FRE 602; Irrelevant, FRE 402; Unqualified expert opinion, FRE 702 | ☐ Sustained ☐ Overruled |
| ¶ 7. <u>Thus, when a company is being sold, there is a motivation for the company to do everything possible to maximize profits and sales, even if those actions do not necessarily fit a long term growth strategy.</u> | Foundation, FRE 602, 901; Speculation, FRE 602; Irrelevant, FRE 402; Unqualified expert opinion, FRE 702 | ☐ Sustained ☐ Overruled |

| | | |
|---|---|---|
| ¶ 12. Unfortunately, <u>Defendants have interfered with our mission and have in some cases, falsely told our customers that WATL was working with Cold Steel and in other cases falsely implied in advertising that WATL endorsed or sponsored Cold Steel's axes</u>. That is not true. | Foundation, FRE 602, 901; Unqualified expert opinion, FRE 702 | ☐ Sustained <br><br> ☐ Overruled |
| ¶ 21. WATL's main source of profits is selling axes. <u>Defendants trademark infringement has robbed Plaintiffs of profits from the sale of axes. Defendants have used the WATL mark to suggest a false association and endorsement with WATL.</u> | Hearsay, FRE 802; Foundation, FRE 602, 901; Speculation, FRE 602; Unqualified expert opinion, FRE 702 | ☐ Sustained <br><br> ☐ Overruled |

| | | |
|---|---|---|
| ¶ 21. <u>The extent of the damage caused by Cold Steel was amplified by the fact that they utilized our trademarks across all possible marketing channels: YouTube (with over 1 million subscribers), Facebook & Instagram with hundreds of thousands of followers, email campaigns, their catalogue, the ColdSteel.com website, their Amazon listings, they utilized influencers in the sport to use our trademark, their own sales staff utilized the WATL trademark to sell products</u> and they did this at a scale which has <u>allowed them to obtain a first mover advantage in the sales of axes to axe throwing facilities and to consumers.</u> | Hearsay, FRE 802; Foundation, FRE 602, 901; Speculation, FRE 602; Unqualified expert opinion, FRE 702 | ☐ Sustained<br><br>☐ Overruled |

| | | |
|---|---|---|
| ¶ 22. WATL makes significant money by selling its axes. <u>WATL and Cold Steel axes are among the two dominant manufacturers of throwing axes. Defendants unfairly compete with WATL by prominently advertising that their Cold Steel axes are "WATL COMPLIANT" and/or "complies with WATL Regulations" and/or are "WATL APPROVED." Defendants also are selling the axes they advertise as WATL COMPLIANT at discounted prices that are 50-75% below WATL prices.</u> | Foundation, FRE 602, 901; Speculation, FRE 602; Unqualified expert opinion, FRE 702 | ☐ Sustained<br><br>☐ Overruled |
| ¶ 23. Defendants can afford to sell axes at such cheap prices because <u>their main line of business is selling knives and other weapons which apparently, they used to subsidize the growth of their axe business.</u> | Foundation, FRE 602, 901; Speculation, FRE 602 | ☐ Sustained<br><br>☐ Overruled |

| | | |
|---|---|---|
| ¶ 24. In 2018, just a year after the World Axe Throwing League began as an organization, Cold Steel expanded into marketing its axes as designed for axe throwing competitions, and in doing so, they purposely and willfully misrepresented to consumers and third-party resellers that Cold Steel's products were approved and associated with, endorsed by, or affiliated with WATL, which they are not. | Foundation, FRE 602, 901; Unqualified expert opinion, FRE 702 | ☐ Sustained<br><br>☐ Overruled |
| ¶ 24. Additionally, Cold Steel produced emails that show that they purposely designed their "Competition Thrower" axe to meet WATL regulations. Their intent from the beginning, was to leverage our trademarks for financial gain, despite us not granting them permission or working out a deal in order to do so. | Hearsay, FRE 802; Foundation, FRE 602, 901; Speculation, FRE 602; Unqualified expert opinion, FRE 702 | ☐ Sustained<br><br>☐ Overruled |

#1088138   DEFENDANTS' EVIDENTIARY OBJECTIONS TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| ¶ 26. <u>Defendant Cold Steel's retail customers have simply copied and pasted the misrepresentations they found on the Cold Steel website and spread the misrepresentation further</u>. | Foundation, FRE 602, 901; Speculation, FRE 602; Unqualified expert opinion, FRE 702 | ☐ Sustained<br><br>☐ Overruled |
| ¶ 26<u>. As of January 20, 2022, there were at least twenty seven of Cold Steel's retail customers that my employees and I found that falsely represent the association between WATL and Cold Steel.</u> | Foundation, FRE 602, 901; Speculation, FRE 602; Hearsay, FRE 802; Unqualified expert opinion, FRE 702 | ☐ Sustained<br><br>☐ Overruled |
| ¶ 26. We filed a separate lawsuit to stop the further <u>spread of the use of WATL mark since Cold Steel refused to reign in its retail partners.</u> | Foundation, FRE 602, 901; Speculation, FRE 602; Hearsay, FRE 802 | ☐ Sustained<br><br>☐ Overruled |

| | | |
|---|---|---|
| ¶ 27. Unfortunately, since <u>defendants completely changed their website and deleted all backups after we filed the lawsuit,</u> I do not have more images of Defendants wrongful use of the WATL mark. | Foundation, FRE 602, 901; Speculation, FRE 602; Unqualified expert opinion, FRE 702 | ☐ Sustained<br><br>☐ Overruled |
| ¶ 28. I have attached as Exhibit 4, <u>a screenshot I received from a World Axe Throwing League affiliate of a post that was made by Cold Steel</u> and reshared by the affiliate on January 4, 2019, off of Instagram. <u>This shows the confusion among our affiliates and the extent to which they went to advertising utilizing our trademark</u>. | Foundation, FRE 602, 901; Hearsay, FRE 802; Unqualified expert opinion, FRE 702 | ☐ Sustained<br><br>☐ Overruled |
| ¶ 28, Exhibit 4 | Foundation, FRE 602, 901; Hearsay, FRE 802 | ☐ Sustained<br><br>☐ Overruled |

| | | |
|---|---|---|
| ¶ 29. I have attached as Exhibit 6 <u>a screenshot of a posting by Defendants retail partners</u>, that I found on NasGuns.com. I took this screenshot on September 23rd, 2020 and I originally sent it to Stefan Lazerow who incorporated it in the draft complaint sent to Defendant Cold Steel. | Foundation, FRE 602, 901; Speculation, FRE 602; Unqualified expert opinion, FRE 702 | ☐ Sustained<br><br>☐ Overruled |
| ¶ 29, Exhibit 6 | Hearsay, FRE 802 | ☐ Sustained<br><br>☐ Overruled |

| | | |
|---|---|---|
| ¶ 30. I saw a similar image to Exhibit 6 on the Coldsteel.com website before Defendant's removed all traces of it. Exhibit 6 shows a picture of an axe with two screws connecting the axe blade to the handle. The advertisement says that the Cold Steel 90AXA Professional Throwing Axe is WATL Compliant. That is false. It is not compliant with the WATL rules. The WATL rules do not permit axe heads that are not one-piece and can be screwed on. | Hearsay, FRE 802; Foundation, FRE 602, 901; Speculation, FRE 602 <br><br><br><br><br><br><br> Foundation, FRE 602, 901; Vague as to time (the statement was true when made) | ☐ Sustained <br><br> ☐ Overruled |

| | | |
|---|---|---|
| ¶ 32. Defendants misrepresent the words of Evan Walters deposition testimony in this case. <u>Although as Mr. Walters indicated prior to 2021, WATL did not physically weigh and measure the axes in the axe throwing competitions, we still had rules and standards. There was an honor system, and as Mr. Walters stated, one could usually tell from looking at an axe if it complied with the WATL rules and regulations</u>. It was also very easy for competitors to know as there were very few axes and styles being utilized by throwers; if a new axe was used, throwers can easily research or Google search the axe manufacturers specifications to see if it met WATL rules and regulations. | Hearsay, FRE 802 | ☐ Sustained<br><br>☐ Overruled |

14

| | | |
|---|---|---|
| ¶ 33. Exhibit 8 is a similar but different screenshot from the WayBack Machine scan of the coldsteel.com website on June 25, 2019 which I captured via a screenshot on September 23rd, 2020. <u>This screenshot reveals that there was a link to a video Defendant Cold Steel called, "Axe Gang Hatchet Handle Replacement."</u> | Hearsay, FRE 802; Subsequent remedial measures inadmissible, FRE 407 | ☐ Sustained<br><br>☐ Overruled |
| ¶ 33, Exhibit 8 | Hearsay, FRE 802; Subsequent remedial measures inadmissible, FRE 407 | ☐ Sustained<br><br>☐ Overruled |
| ¶ 34. <u>I have seen that video in which Cold Steel offers replacement axe handles for axes that have broken. I have also heard complaints by various members of the axe throwing community about the handles on the Cold Steel axes breaking</u>. | Hearsay, FRE 802; Subsequent remedial measures inadmissible, FRE 407 | ☐ Sustained<br><br>☐ Overruled |

15

| | | |
|---|---|---|
| ¶ 35. Exhibit 23, attached to my attorney's declaration contains a <u>succinct summary of the complaints made about Cold Steel axes. There have been numerous complaints about their axes breaking after hardly any throws. The video does confirm that they had issues with wood that was utilized and offered free handles to customers</u>. WATL does not want its name associated with such axes. | Foundation, FRE 602, 901; Hearsay, FRE 802; Subsequent remedial measures inadmissible, FRE 407 | ☐ Sustained<br><br>☐ Overruled |
| ¶ 35, Exhibit 23 | Hearsay, FRE 802 | ☐ Sustained<br><br>☐ Overruled |
| ¶ 36. I have attached as Exhibit 10 an image taken from <u>Cold Steel's retail partner Reliks.com</u> website, that was provided during discovery by Defendants. <u>This Exhibit replicates the same ads I saw placed by Cold Steel on its website and social media where Cold Steel boldly proclaimed the Cold Steel axe meets WATL Regulations</u>. | Foundation, FRE 602, 901; Speculation, FRE 602; Unqualified expert opinion, FRE 702 | ☐ Sustained<br><br>☐ Overruled |

16

| | | |
|---|---|---|
| ¶ 37. I have also attached as Exhibit 11, also provided by Defendants during discovery, <u>images from Cold Steel's retailer partner Oso Grande Knives offering Cold Steel's Competition Thrower on the first page (CS000198) and offering the Cold Steel Professional Throwing Hatchet on the second page (CS000199).</u> I saw these images and complained to Cameron Caldwell to have them removed. | Foundation, FRE 602, 901; Speculation, FRE 602; Hearsay, FRE 802; Unqualified expert opinion, FRE 702 | ☐ Sustained<br><br>☐ Overruled |
| ¶ 37, Exhibit 11 | Foundation, FRE 602, 901; Hearsay, FRE 802 | ☐ Sustained<br><br>☐ Overruled |
| ¶ 38. In both Exhibits 10 and 11, <u>Defendants' retailers have simply copied and pasted the exact same wording Cold Steel used in selling its products and put the same copy on their own website.</u> | Foundation, FRE 602, 901; Speculation, FRE 602 | ☐ Sustained<br><br>☐ Overruled |
| ¶ 38, Exhibit 10 | Foundation, FRE 602, 901; Hearsay, FRE 802 | ☐ Sustained<br><br>☐ Overruled |

| | | |
|---|---|---|
| ¶ 38, Exhibit 11 | Foundation, FRE 602, 901;<br><br>Hearsay, FRE 802 | ☐ Sustained<br><br>☐ Overruled |
| ¶ 39. I note that the second page of Exhibit 11 shows <u>Oso Grande Knives repeating the same lie of Defendants concerning the Cold Steel Professional Throwing Axe</u>. The Cold Steel Professional axe has a removable head attached by two screws. <u>The screw mechanism does not comply with Plaintiffs' rules and is forbidden</u>. | Hearsay, FRE 802; Foundation, FRE 602, 901; Vague as to time (the statement was true when made) | ☐ Sustained<br><br>☐ Overruled |
| ¶ 40. <u>There were more Cold Steel retailers that simply copied and pasted Cold Steel's infringing materials</u>. On September 23, 2020, I wrote to Mr. Caldwell and informed him to take down the use of WATL on several of <u>Cold Steel's retail partner</u> websites. A true copy of this email is attached as Exhibit 12. | Foundation, FRE 602, 901; Speculation, FRE 602; Unqualified expert opinion, FRE 702 | ☐ Sustained<br><br>☐ Overruled |

18

| | | |
|---|---|---|
| ¶ 41. Prior to that September 23, 2020 warning letter, I sent a letter on April 13, 2020 <u>demanding that the wrongful use of the WATL mark be taken down from the Amazon.com website store.</u> | Hearsay, FRE 802; Unqualified expert opinion, FRE 702 | ☐ Sustained<br><br>☐ Overruled |
| ¶ 43. A professional axe thrower will read up on an axe and inspect it before buying. <u>Only a professional axe thrower or league axe thrower would pay attention to the WATL tournament rules. The bold use of WATL by Cold Steel was not done to attract the professional throwers but was done instead to add prestige to the Cold Steel axes,</u> and it was done without our permission. | Foundation, FRE 602, 901; Speculation, FRE 602; Unqualified expert opinion, FRE 702 | ☐ Sustained<br><br>☐ Overruled |

Dated: May 3, 2022                    **LightGabler**


By:   /s/ Glenn J. Dickinson
        Glenn J. Dickinson
        Brier Miron Setlur
        Attorneys for Cold Steel, Inc., and Good
        Sportsman Marketing LLC (sued as GSM
        LLC) and Lynn Thompson

1

2

# **CERTIFICATE OF SERVICE**

3         I hereby certify that on May 3, 2022, a copy of the foregoing document

4    was filed electronically with the Clerk of the Court using the Court's CM/ECF

5    electronic filing system, which would send an electronic copy of this filing to

6    all counsel of record.

7

8                          /s/  Ellen Rivera

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

#1088138    DEFENDANTS' EVIDENTIARY OBJECTIONS TO PLAINTIFFS' OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT