**LightGabler**
By: Glenn J. Dickinson (SBN 159753)
     Michael H. Brody
     Brier Miron Setlur (SBN 273335)
760 Paseo Camarillo, Suite 300
Camarillo, CA 93010
(805) 248-7208
(805) 248-7209 (fax)
gdickinson@lightgablerlaw.com
mbrody@lightgablerlaw.com
bsetlur@lightgablerlaw.com

Attorneys for Defendants/
Counterclaimants Cold Steel, Inc., and
Good Sportsman Marketing LLC (sued
as GSM LLC) and Defendant Lynn
Thompson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD AXE THROWING LEAGUE, INC, and LINCOLN CHICAGO HOLDINGS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> COLD STEEL, INC., LYNN THOMPSON and GSM LLC d/b/a GSM OUTDOORS, <br><br> Defendants. | Case No. 2:20−cv−11407 JAK (Ex) <br><br> Complaint Filed:   December 17, 2020 <br> District Judge:      John A. Kronstadt <br> Magistrate Judge: Charles F. Eick <br><br> **JOINT WITNESS LIST** |
| AND RELATED CROSS-ACTION. | **Final PTC:      January 30, 2023** <br> **Time:            11:00 a.m.** <br> **Ctrm:            10B** |

Plaintiffs/Counterdefendanrts World Axe Throwing League, Inc., and Lincoln Chicago Holdings, Inc., and Defendants/Counterclaimants Cold Steel, Inc., and GSM LLC d/b/a GSM Outdoors, and Defendant Lynn Thompson (collectively, "the Parties"), hereby submit, in advance of the Trial Setting

Conference scheduled for January 30, 2023, the following Joint Witness List:

| Name of Witness | Est. Time for Direct | Est. Time for Cross | Est. Time for Redirect | Total Time |
|---|---|---|---|---|
| Matt Bando | 1.5 | 1.5 | .25 | 3.25 |
| Cameron Caldwell | 1 | 1.5 | .25 | 3.75 |
| Jason Kearney | .75 | .5 | .25 | 1.5 |
| Doug Mann | .25 | .5 | .25 | 1 |
| Benn McDonald | .75 | .5 | .25 | 1.5 |
| Lynn Thompson | 3.5 | 1 | 1 | 5.5 |
| Ric Valdez | .75 | .25 | .2 | 1.2 |
| Evan Walters | 1 | 1 | .2 | 2.2 |
| Mario Zelaya | 2 | 2 | .5 | 4.5 |
| Jeff Anderson | 2 | 1 | .25 | 3.25 |
| Doug Bania | 1.5 | 1 | 1 | 1.5 |
| TOTAL | 15 | 10.75 | 4.4 | 31.15 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JOINT WITNESS LIST

Dated: January 16, 2023          **LightGabler**

                          By:   /s/ Glenn J. Dickinson
                                Glenn J. Dickinson
                                Michael H. Brody
                                Brier Miron Setlur
                                Attorneys for Defendants/
                                Counterclaimants Cold Steel,
                                Inc., and Good Sportsman
                                Marketing LLC (sued as GSM
                                LLC) and Defendant Lynn
                                Thompson

Dated: January 16, 2023          **Machat & Associates**

                          By:   /s/ Michael Machat
                                Michael Machat
                                Attorneys for Plaintiffs/Claimants
                                World Axe Throwing League, Inc. and
                                Lincoln Chicago Holdings, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2023, a copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which would send an electronic copy of this filing to all counsel of record.

/s/Ellen Rivera