Michael Machat, Esq. SBN 109475
MACHAT & ASSOCIATES, P.C.
8730 W. Sunset Blvd., Ste. 250
W. Hollywood, California 90069
Telephone:  (310) 860-1833
Email:  Michael@Machatlaw.com

Attorneys for Plaintiff
World Axe Throwing League, Inc. and
Lincoln Chicago Holdings, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| WORLD AXE THROWING LEAGUE, INC, and LINCOLN CHICAGO HOLDINGS, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>COLD STEEL, INC., LYNN THOMPSON, and GSM LLC d/b/a GSM OUTDOORS,<br><br>Defendants.<br><br>and RELATED COUNTERCLAIM | Case No. 2:20-cv-11407 JAK (Ex)<br><br>Honorable John A. Kronstadt<br><br>**Plaintiffs' Witness List**<br><br>**TRIAL DATE: February 14, 2022**<br>**FINAL PTC:  January 30, 2022** |

Plaintiffs World Axe Throwing League Inc ("WATL") and Lincoln Chicago Holdings, Inc. ("Lincoln Chicago") submit the following list of witnesses.

1. Mario Zelaya will testify about the creation of the World Axe Throwing League and its background, including information about Bad Axe Throwing

Venues, the filing of trademark application for WATL, the purpose of WATL, WATL events such as the World Axe Throwing Championship, the goods and services sold by Plaintiff, sales of axes by World Axe Throwing League, its sales growth and business objectives, warnings issued to defendants to stop using the WATL trademark, etc.

    Expected Direct Testimony to take 2 hours

    Expected Cross to take 2 hours

    Expected Redirect to take 0.5 hours

2. Evan Walters was the first commissioner of WATL. He will testify about what WATL is, how it works, and his and communications with Cold Steel stemming from Cold Steel's request to use the WATL trademark continuing through his communications with Cold Steel to stop using the Trademark in general.

    Expected Direct Testimony to take 1 hour

    Expected Cross to take 1 hour

    Expected Redirect to take 0.2 hours

3. Jason Kearney will testify about his axe throwing facilities, the use of various axes and the apparent sponsorship and/or endorsement by WATL for Cold Steel Axes.

    Expected Direct Testimony to take .75 hours

    Expected Cross to take 0.5 hours

    Expected Redirect to take .25 hours

4. Benn McDonald will testify about his axe throwing facilities, the use of various axes and the apparent sponsorship and/or endorsement by WATL for Cold Steel Axes.

        Expected Direct Testimony to take .75 hours

        Expected Cross to take 0.5 hours

        Expected Redirect to take .25 hours

5. Matt Bando, an adverse witness will testify about defendants' use of WATL.

        Expected Direct Testimony to take 1.5 hours

        Expected Cross to take 1.5 hours

        Expected Redirect to take .25 hours

6. Cameron Caldwell, an adverse witness will testify about defendants' use of WATL.

        Expected Direct Testimony to take 1 hour

        Expected Cross to take 1.5 hours

        Expected Redirect to take .25 hours

7. Ric Valdez, an adverse witness will testify about defendants' use of WATL.

        Expected Direct Testimony to take .75 hours

        Expected Cross to take .25 hours

        Expected Redirect to take 0.2 hours

8. Defendant Lynn Thompson. On cross-examination, plaintiffs will inquire about defendants' use of WATL.

        Expected Direct Testimony to take 3.5 hours

        Expected Cross to take 1 hour

        Expected Redirect to take 1 hour

9. Jeff Anderson, Plaintiffs' expert witness will testify about damages.

    Expected Direct Testimony to take 2 hours

    Expected Cross to take 1 hour

    Expected Redirect to take .25 hours

10. Doug Mann, an adverse witness will testify about making no efforts to preserve the Cold Steel website and deleting it without saving a backup.

    Expected Direct Testimony to take 0.25 hours

    Expected Cross to take 0.5 hours

    Expected Redirect to take 0.25 hours.

11. Doug Bania, defendants' expert witness on damages.

    Expected Direct testimony 1.5 hours.

    Expected Cross to take 1 hour.

    Expected Redirect to take 1 hour.

Machat & Associates, PC.

Dated: January 16, 2023            By:<u>/s/Michael Machat</u>

Michael Machat
Attorneys for Plaintiffs World Axe Throwing League, Inc. and Lincoln Chicago Holdings, Inc.