**LightGabler**
By:  Glenn J. Dickinson (SBN 159753)
     Michael H. Brody (SBN 238757)
     Brier Miron Setlur (SBN 273335)
760 Paseo Camarillo, Suite 300
Camarillo, CA 93010
(805) 248-7208
(805) 248-7209 (fax)
gdickinson@lightgablerlaw.com
mbrody@lightgablerlaw.com
bsetlur@lightgalberlaw.com

Attorneys for Defendants/
Counterclaimants Cold Steel, Inc., and Good Sportsman Marketing LLC (sued as GSM LLC) and Defendant Lynn Thompson

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD AXE THROWING LEAGUE, INC, and LINCOLN CHICAGO HOLDINGS, INC., <br><br>Plaintiffs,<br>vs.<br><br>COLD STEEL, INC., LYNN THOMPSON and GSM LLC d/b/a GSM OUTDOORS,<br><br>Defendants. | Case No. 2:20−cv−11407 JAK (Ex)<br><br>Complaint Filed:  December 17, 2020<br>District Judge:    John A. Kronstadt<br>Magistrate Judge: Charles F. Eick<br><br>**DEFENDANTS' WITNESS LIST AND SUMMARY OF EXPECTED TESTIMONY** |
| AND RELATED CROSS-ACTION. | **Final PTC:    January 30, 2023**<br>**Time:         11:00 a.m.**<br>**Ctrm:         10B** |

Defendants/Counterclaimants Cold Steel, Inc., and GSM LLC d/b/a GSM Outdoors, and Defendant Lynn Thompson (collectively, "the Parties"), hereby submit the following list of witnesses and summaries of expected

testimony.

1. Lynn Thompson will testify about the history of Cold Steel, the company's products lines including throwing axes, the company's historic contributions to the sport of axe throwing and other similar games of skill involving edged weapons, the widespread recognition of the quality of Cold Steel's products in general and throwing axes in particular, the sales channels through which Cold Steel products were sold, and the benefit conferred on the plaintiffs through Cold Steel's fair use of the WATL mark.

Total estimated testimony time (both parties): 5.5 hours

2. Matt Bando will testify about his examination of the plaintiffs' regulations for throwing axes, the use of the WATL mark on the Cold Steel website, and the fact that Cold Steel did not create or keep archive copies of past versions of its website. His testimony will cover the time period up to his separation from the company in mid-2019

Total estimated testimony time (both parties): 3.25 hours

3. Cameron Caldwell will testify about the changes made to the Cold Steel website after the departure of Mr. Bando, the manner in which Cold Steel used the WATL mark, the communications between Cold Steel and the plaintiffs following the plaintiffs' initial demand to remove the WATL mark from the Cold Steel website in August 2019, and the removal of the WATL mark from Cold Steel's media in response to demands from the plaintiffs.

Total estimated testimony time (both parties): 2.75 hours

4. Doug Bania is the defendants' rebuttal expert witness, who will rebut the opinions of the plaintiffs' designated expert Jeff Anderson on the alleged damages suffered by the plaintiffs and on any other matters as to which Mister Anderson testifies.

Total estimated testimony time (both parties): 3.5 hours

/ / /

5. Jason Kearney is an adverse witness who may be asked to testify regarding the popularity of Cold Steel throwing axes.

Total estimated testimony time (both parties): 1.5 hours

6. Benn McDonald is an adverse witness who may be asked to testify regarding the popularity of Cold Steel throwing axes.

Total estimated testimony time (both parties): 1.5 hours

In addition, the defendants reserve the right to cross-examine any witnesses called by the plaintiffs.

Dated: January 19, 2023  **LightGabler**

By: /s/ Glenn J. Dickinson
Glenn J. Dickinson
Michael H. Brody
Brier Miron Setlur
Attorneys for Defendants/
Counterclaimants Cold Steel,
Inc., and Good Sportsman
Marketing LLC (sued as GSM
LLC) and Defendant Lynn
Thompson

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2023, a copy of the foregoing **DEFENDANTS' WITNESS LIST AND SUMMARY OF EXPECTED TESTIMONY** was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which would send an electronic copy of this filing to all counsel of record.

                                                 /s/Adriana J. Diaz