UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**F I L E D**
CLERK, U.S. DISTRICT COURT

2/24/23

CENTRAL DISTRICT OF CALIFORNIA
BY:         pk         DEPUTY

| | |
|---|---|
| World Axe Throwing League, Inc., et al., | ) Case No.: LA CV20-11407 JAK (Ex) |
| Plaintiff(s), | ) **RESPONSE TO JURY NOTE NUMBER: 1** |
| vs. | ) Today's Date: **February 24, 2023** |
| Cold Steel, Inc., et al., | ) |
| Defendant. | ) |

RESPONSE TO JURY NOTE NUMBER # __1__

_____ Would it be helpful for the jury to hear brief presentations from counsel on any particular matter(s) to facilitate further deliberations? If so, on what matter(s)? In responding to this note, please do not disclose where the jury presently stands numerically or otherwise on any issue.

SIGNED:_____
UNITED STATES DISTRICT JUDGE