```
                                    F I L E D
                              CLERK, U.S. DISTRICT COURT
                                    2/24/23
                              CENTRAL DISTRICT OF CALIFORNIA
                              BY:        pk         DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD AXE THROWING LEAGUE, INC, and LINCOLN CHICAGO HOLDINGS, INC. | No. 2:20-cv-11407 JAK (Ex) |
| Plaintiffs, | **VERDICT FORM** |
| v. | |
| COLD STEEL, INC., LYNN THOMPSON, and GSM LLC d/b/a GSM OUTDOORS, | |
| Defendants. | |

1

We the jury being fully empaneled and sworn in the above-captioned matter, unanimously find and render our verdict as follows:

1. Did Plaintiff World Axe Throwing League, Inc. and/or Plaintiff Lincoln Chicago Holdings, Inc. prove by a preponderance of the evidence that WATL is a valid, protectable trademark?

   Yes ✓   No ____

*If your answer to Question 1 is yes, proceed to Question 2. If your answer is no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

2. Did Plaintiff World Axe Throwing League, Inc. and/or Plaintiff Lincoln Chicago Holdings, Inc. prove by a preponderance of the evidence that Defendant Cold Steel, Inc. and/or Defendant Good Sportsman Marketing, LLC infringed the WATL mark?

   Cold Steel, Inc.                     Yes ✓   No ____
   Good Sportsman Marking, LLC          Yes ____   No ✓

*If your answer to any part of Question 2 is yes, then answer Question 3. Otherwise, skip to Question 4.*

3. Did Plaintiff World Axe Throwing League, Inc. and/or Plaintiff Lincoln Chicago Holdings, Inc. prove by a preponderance of the evidence that Defendant Lynn Thompson authorized, directed, or participated in the infringement

of the WATL mark?

Yes ✓    No ____

*Proceed to Question 4.*

4. Did Plaintiff World Axe Throwing League, Inc. and/or Plaintiff Lincoln Chicago Holdings, Inc. prove by a preponderance of the evidence that Defendant Cold Steel, Inc. and/or Defendant Good Sportsman Marketing, LLC engaged in false advertising?

| | | |
|---|---|---|
| Cold Steel, Inc. | Yes ____ | No ✓ |
| Good Sportsman Marking, LLC | Yes ____ | No ✓ |

*If your answer to any part of Question 4 is yes, then answer Question 5. If your answer to Question 4 is no, but you answered yes to any part of Question 2, skip to Question 6. If you answered no to Questions 2 and 4, stop here, answer no further questions, and have the presiding juror sign and date this form.*

5. Did Plaintiff World Axe Throwing League, Inc. and/or Plaintiff Lincoln Chicago Holdings, Inc. prove by a preponderance of the evidence that Defendant Lynn Thompson authorized, directed, or participated in the false advertising?

Yes ____    No ____

*Proceed to Question 6.*

6. Did Defendants prove by a preponderance of the evidence that their use of the WATL mark was nominative fair use?

Yes _____ No ✓

*If your answer to Question 6 is yes, stop here, answer no further questions, and have the presiding juror sign and date this form. If you answered no, proceed to Question 7.*

7. What are Plaintiff World Axe Throwing League, Inc.'s and/or Plaintiff Lincoln Chicago Holdings, Inc.'s damages, if any?

$ 107,260

*If you awarded damages in Question 7, proceed to Question 8. If you awarded no damages, stop here, answer no further questions, and have the presiding juror sign and date this form.*

8. What amount, if any, of the damages awarded in Question 7 are the future cost of preventing customers from being deceived and/or the cost of future corrective advertising reasonably required to correct any public confusion caused by one or more Defendant's infringement and/or false advertising?

$ Ø

*Proceed to Question 9.*

9. Have Defendants proven by a preponderance of the evidence that Plaintiff World Axe Throwing League, Inc. and/or Plaintiff Lincoln Chicago Holdings, Inc. failed to mitigate damages?

Yes _____    No __✓__

*If your answer to Question 9 is yes, proceed to Question 10. If your answer is no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

10. By what amount could Plaintiff World Axe Throwing League, Inc. and/or Plaintiff Lincoln Chicago Holdings, Inc. have mitigated damages?

$_____

Your deliberations are now complete. Please have the presiding juror sign and date the Verdict.

Dated: 2/24/23



Presiding Juror

4