1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 WORLD AXE THROWING LEAGUE, INC., et al., | No. 2:20-cv-11407-JAK (Ex)

12 Plaintiffs and Counterdefendants, | **JUDGMENT**

13 | **JS-6**

14 v.

15 COLD STEEL, INC., et al.,

16 Defendants and Counterclaimants.

17

18

19

20

21

22

23

24

25

26

27

28                                          1

Following the jury's verdict in this case on February 24, 2023, and the Court's December 28, 2023 ruling on post-trial motions, judgment is hereby entered as follows:

1.  WATL is a valid, protectable trademark.

2.  Defendant Cold Steel, Inc. infringed the WATL mark.

3.  Defendant Good Sportsman Marketing, LLC did not infringe the WATL mark.

4.  Defendant Lynn Thompson authorized, directed and/or participated in the infringement of the WATL mark.

5.  None of the Defendants engaged in false advertising.

6.  Defendants use of the WATL mark was not nominative fair use.

7.  Defendants Cold Steel Inc and Lynn Thompson shall pay Plaintiffs a total sum of $107,260.00 for damages suffered.

8.  Plaintiffs are not awarded any damages for the future cost of preventing customers from being deceived and/or the cost of future corrective advertising.

9.  Plaintiffs did not fail to mitigate damages.

10. To the extent not otherwise addressed herein, all other claims and counter-claims are hereby dismissed with prejudice.

11.  Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: _January 10, 2024_  _____

John A. Kronstadt

United States District Judge

2